1   GINO D. SERPE (Bar No.: 160238)
2   THE LAW OFFICE OF GINO D. SERPE
    One America Plaza
3   600 West Broadway, Suite 700
    San Diego, CA 92101
4   Telephone: (619) 702-2907
    Facsimile:  (619) 702-2908
5   gino@serpelawfirm.com

6   MATTHEW J. SOROKY (Bar No.: 258230)
    JEFFREY A. KOBULNICK (Bar No.: 228299)
7   LEWITT, HACKMAN, SHAPIRO,
        MARSHALL & HARLAN
8   16633 Ventura Boulevard, 11th Floor
    Encino, California 91436-1865
9   Telephone: (818) 990-2120
    Facsimile:  (818) 981-4764
10  msoroky@lewitthackman.com
11  jkobulnick@lewitthackman.com

12  Attorneys for Plaintiff Dog Haus Worldwide, LLC

13

14              **UNITED STATES DISTRICT COURT**

15              **SOUTHERN DISTRICT OF CALIFORNIA**

16

17  DOG HAUS WORLDWIDE, LLC, a          CASE NO.: **'23CV0727 BAS WVG**
    California limited liability company,
18                                      **PLAINTIFFS' RULE 7.1**
                         Plaintiff,     **CORPORATE DISCLOSURE**
19                                      **STATEMENT**
    v.
20
    LEE SQUARED, LLC, a California
21  limited liability company, and HENRY
    LEE, an individual,
22
23                       Defendants.
24
25  TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:
26          PLEASE TAKE NOTICE that Gino D. Serpe and his law firm hereby Pursuant
27  to Local Civil Rule 40.2 and Rule 7.1 of the Federal Rules of Civil Procedure,
28  Plaintiff states as follows:

                                  - 1 -

PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE        CASE NO.:

Plaintiff Dog Haus Worldwide, LLC is an independent company. Plaintiff Dog Haus Worldwide, LLC does not have a parent corporation and does not have any publicly held company owning 10% or more of its company.

Dated: April 20, 2023                    Respectfully submitted,

/s/ Gino D. Serpe
Gino D. Serpe
The Law Office of Gino D. Serpe

/s/ Matthew J. Soroky
Matthew J. Soroky
Jeffrey A. Kobulnick
LEWITT, HACKMAN, SHAPIRO,
     MARSHALL & HARLAN

**Attorneys for Plaintiffs Dog Haus Worldwide, LLC**

PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE        CASE NO.: